



# MEMORANDUM OPINION

No. 04-10-00807-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  November 24, 2010

PETITIONS DENIED

On November 3, 2010, relator Jason Miears filed a petition for writ of mandamus, "writ of quo warranto," and a "writ of procedendo." The court has considered relator's petitions and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petitions are DENIED. *See* TEX. R. APP. P. 52.8(a).

                                        PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2009-CR-6566 and 2009-CR-6569, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.